# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-523-GMS |
| | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff

Orion Corporation and Defendant Mylan Pharmaceuticals Inc., subject to the approval of the

Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this

action shall be extended to June 18, 2012.

The extension is requested to allow defendant to further investigate the allegations to

respond to the Complaint.  The requested extension should not disrupt the schedule in this case,

as there is no Scheduling Order in place at this time.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                POTTER ANDERSON & CORROON LLP

By:  _/s/Maryellen Noreika_                    By:  _/s/ Richard L. Horwitz_
    Jack B. Blumenfeld (#1014)                    Richard L. Horwitz (#2246)
    Maryellen Noreika (#3208)                    David E. Moore (#3983)
    1201 North Market Street                    Hercules Plaza, 6th Floor
    P. O. Box 1347                    1313 N. Market Street
    Wilmington, DE  19899                    Wilmington, DE  19801
    Tel:  (302) 658-9200                    Tel:  (302) 984-6000
    jblumenfeld@mnat.com                    rhorwitz@potteranderson.com
    mnoreika@mnat.com                    dmoore@potteranderson.com

*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Orion Corporation*                    *Mylan Pharmaceuticals Inc.*

Dated:  May 14, 2012

IT IS SO ORDERED this _____ day of May, 2012.

_____

Chief Judge

1059285 / 39141