## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-523-GMS |
| v. | ) | |
| | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT MYLAN PHARMACEUTICALS INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mylan Pharmaceuticals Inc. states that it is a wholly-owned subsidiary of Mylan Inc.  The name of any publicly held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Inc.


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  _/s/ David E. Moore_____

Thomas Parker
Deepro Mukerjee
Poopak Banky
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:  (212) 210-9569

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  June 18, 2012
1063743 / 39141

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 18, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 18, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Charles.lipsey@finnegan.com

Susan Haberman Griffen
Bryan C. Diner
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Susan.griffen@finnegan.com
Bryan.diner@finnegan.com

By:    /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1060390 / 39141