IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-523 (GMS) |
| | ) |
| MYLAN PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, between the parties, subject to the approval of the Court, that the time for plaintiff to move, answer or otherwise respond to defendant's counterclaims is extended to and including August 8, 2012. The reason for this request is for plaintiff to review the allegations of the counterclaims and prepare a response.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Maryellen Noreika (#3208) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | rhorwitz@potteranderson.com |
| mnoreika@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2012.

_____
                                                                                 J.