# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 12-523-GMS |
| v. ) | |
| ) | |
| MYLAN PHARMACEUTICALS INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Thomas J. Parker, Deepro R. Mukerjee and Poopak (Paki) Banky of ALSTON & BIRD LLP, 90 Park Avenue, New York, NY 10016 to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: September 13, 2012
1067726/ 39141

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____              _____
                                                               United States District Judge

### **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: September 13, 2012           Signed: */s/ Thomas J. Parker*
                                   Thomas J. Parker
                                   ALSTON & BIRD LLP
                                   90 Park Avenue
                                   New York, NY 10016
                                   Tel: (212) 210-9400
                                   thomas.parker@alston.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:  September 13, 2012    Signed: */s/ Deepro R. Mukerjee*
                 Deepro R. Mukerjee
                 ALSTON & BIRD LLP
                 90 Park Avenue
                 New York, NY 10016
                 Tel:  (212) 210-9400
                 deepro.mukerjee@alston.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 13, 2012          Signed: */s/ Poopak Banky*
                                  Poopak (Paki) Banky
                                  ALSTON & BIRD LLP
                                  90 Park Avenue
                                  New York, NY 10016
                                  Tel: (212) 210-9400
                                  paki.banky@alston.com