IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORION CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-78 (GMS) |
| ORION CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-523 (GMS) |

## STIPULATION AND ORDER STAYING CASE

Plaintiff Orion Corporation ("Orion") and Defendant Mylan Pharmaceuticals Inc. ("Mylan"), hereby stipulate, subject to the approval of the Court, to a stay of further proceedings in the above identified actions pending finalization of settlement between the parties.

WHEREAS the parties are engaged in settlement discussions, and the parties believe they have reached an agreement in principle, and are working towards finalizing the written terms of the agreement which will resolve this dispute;

WHEREAS discovery has not yet begun, a Joint Status Report is due by September 24, 2012, and a scheduling conference is scheduled for September 28, 2012, at 9:30 am;

WHEREAS the parties are hopeful and believe that the settlement will likely be finalized in the next 90 days;

WHEREAS, the parties believe that this litigation will proceed most efficiently if the above-identified cases are stayed on the terms set forth below until **December 20, 2012**;

NOW, THEREFORE, the parties respectfully request that this Court enter the following Order:

1. These actions shall be and hereby are stayed until **December 20, 2012**, in order to allow the parties the opportunity to settle and resolve this matter.

2. The parties will report to the Court upon a final agreement being reached.

3. If the parties do not reach a settlement, the stay shall expire without any further action by the parties or the Court on **December 20, 2012**, and the parties shall file a Joint Status Report by **December 23, 2012**.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Jack B. Blumenfeld* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Maryellen Noreika (#3208) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19899-0951 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | rhorwitz@potteranderson.com |
| mnoreika@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff and Counterclaim Defendant Orion Corporation.* | *Attorneys for Defendant and Counterclaim Plaintiff Mylan Pharmaceuticals Inc.* |

SO ORDERED this 20th day of September 2012.

_____ J.